# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:07cr237

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| LINK FORREST RUCKER. ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Suppress Tangible Evidence [Doc. 11], filed March 17, 2008, and the Government's Motion to Dismiss without Prejudice [Doc. 13], filed March 18, 2008.

The Defendant has notified the Chambers of the undersigned that he does not object to the motion to dismiss. The Court therefore finds, pursuant to Federal Rule of Criminal Procedure 48(a), that leave to dismiss should be granted. The dismissal of the indictment renders moot the motion to suppress.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss without Prejudice [Doc. 13] is hereby **GRANTED** and this matter is

**DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant's Motion to Suppress [Doc. 12] is hereby **DENIED** as moot.

Martin Reidinger
United States District Judge

Signed: March 19, 2008